FILED
2007 SEP 24 AM 10:43
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Docket No. '07 MJ 2291 |
| v. | **COMPLAINT FOR VIOLATION OF:** |
| **Alfredo MOLLER-Cueva,** Defendant | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **September 22, 2007** within the Southern District of California, defendant, **Alfredo MOLLER-Cueva,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **24th** DAY OF **SEPTEMBER, 2007**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Alfredo MOLLER-Cueva**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On September 22, 2007, Border Patrol Agent N. Slack was performing assigned duties in the Imperial Beach Border Patrol Station area of operations. At approximately 4:15 A.M., Agent Slack responded to a report by the inside scope operator, who observed an individual running northbound from the international border towards an area referred to as the "Horse Trail." This area, near Border Field State Park, is approximately five miles west of the San Ysidro, California Port of Entry.

Agent Slack arrived on scene a short time later and encountered the subject, later identified as the defendant, **Alfredo MOLLER-Cueva**, attempting to conceal himself in the sand. Agent Slack identified himself as a United States Border Patrol Agent and questioned the subject as to his citizenship. The defendant claimed to be a United States Citizen. Due to the defendant's proximity to the United States / Mexico International Boundary, the inside scope operator's observations, and the fact that the defendant attempted to conceal himself from view, Agent Slack decided to take the defendant to the Imperial Beach Border Patrol Station for further investigation of his true identity.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 10, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on September 23, 2007 at 9:30 A.M.**

Raul Castorena
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **September 23, 2007,** in violation of Title 8, United States Code, Section 1326.

Anthony J. Battaglia
United States Magistrate Judge

9/23/07 11:28am
Date/Time