UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALFREDO MOLLER-CUEVA,<br>Defendant. | Case No. 07mj2291-AJB<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

Assistant United States Attorney's Office
880 Front Street
San Diego, CA 92101
E-mail: Efile.dkt.gc2@usdoj.gov

Dated: September 25, 2007

*<u>/s/ Candis Mitchell</u>*

**CANDIS MITCHELL**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail: Candis_Mitchell@fd.org