#9

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ALFREDO MOLLER-CUEVA

WAIVER OF INDICTMENT

CASE NUMBER: 07CR2908-H

I, ALFREDO MOLLER-CUEVA, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 18 Oct. 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Moller a
Defendant

Candis Mitchell
Counsel for Defendant

Before ______________________
JUDICIAL OFFICER

FILED
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY